UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOVAN MILLER, et al., | ) |
| Plaintiffs, | ) |
| | ) No. 4:14CV331 JCH |
| MEDIUM SECURITY INSTITUTE, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' civil complaint. The complaint is defective for several reasons. Plaintiffs have neither paid the filing fee nor submitted motions for leave to proceed in forma pauperis. Plaintiffs have not signed the complaint. Plaintiffs' only requested relief is to be released from confinement, and such relief is not available in an action alleging unconstitutional conditions of confinement. For these reasons, the case is not properly filed, and the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 6th day of March, 2014.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE